NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-469


ROBERT WHITE, ET AL.
VERSUS
PROGRESSIVE SECURITY INSURANCE COMPANY


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2000-6253,
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


MICHAEL G. SULLIVAN
JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.


**APPEAL DISMISSED.**


Ian Alexander Macdonald
Perret, Doise
Post Office Drawer 3408
Lafayette, LA 70502-3408
(337) 262-9000
COUNSEL FOR DEFENDANT/APPELLEE:
    Progressive Security Insurance Company

Brenton Lance Chism
Attorney at Law
One Lakeshore Drive, Suite 152
Lake Charles, LA 70629-0104
(337) 312-4476
COUNSEL FOR DEFENDANT/APPELLEE:
    Brenton Lance Chism

**Robert White, Jr.**
**In Proper Person**
**2516 Ribbeck Ave.**
**Lake Charles, LA 70611**
**PLAINTIFFS/APPELLANTS IN PROPER PERSON:**
    **Robert White, Jr.**
    **Wanda Lacey White**
    **Miracle Lazard**